IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CIV.S-05-0550 DFL DAD |
| Plaintiff, | |
| v. | ORDER |
| STEVEN A. FISCHER, | |
| Defendant. | |

This matter came before the court on December 2, 2005, for hearing on plaintiff United States' motion for entry of default judgment against defendant Steven A. Fischer.  Bobbie J. Montoya appeared on behalf of plaintiff.  There was no appearance on behalf of defendant.  Having considered all written materials submitted with respect to the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for entry of default judgment is dropped from the court's calendar and subject to renewal by plaintiff

1

1  following the bankruptcy adversary proceeding involving defendant;
2  and
3       2.  A status conference is **SET** for **March 3, 2006,** at **10:00**
4  **a.m.** in Courtroom 27.  Plaintiff shall file a status report within
5  five (5) court days prior to the status conference.
6       IT IS SO ORDERED.
7  DATED: December 5, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\fischer0550.cont

2