IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          NO.  CIV.S-05-0550 DFL DAD

    Plaintiff,

  v.                                 ORDER

STEVEN A. FISCHER,

    Defendant.

_____/

    This matter came before the court on March 3, 2006, for a status conference.  Bobbie J. Montoya appeared on behalf of plaintiff United States.  There was no appearance on behalf of defendant Steven A. Fischer.

    Having considered plaintiff's status report, and after hearing from counsel for plaintiff,[1] for the reasons set forth on the

---

[1] This matter concerns defendant's alleged default on a student loan.  Defendant has not made an appearance in this action and plaintiff has expressed an intention to move for entry of default judgment at an appropriate time considering the bankruptcy adversary proceeding involving defendant.

1

1  record during the hearing, IT IS HEREBY ORDERED that a further status
2  conference is **SET** for **May 12, 2006,** at **10:00 a.m.** in Courtroom 27.
3  Plaintiff shall file a status report within five (5) court days prior
4  to the status conference.
5  DATED: March 3, 2006.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

10  DAD:th
    Ddad1\orders.civil\fischer0550.cont2