IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CIV.S-05-0550 DFL DAD |
| Plaintiff, | |
| v. | ORDER |
| STEVEN A. FISCHER, | |
| Defendant. | |
| _____/ | |

     The above-entitled action concerns defendant's alleged default on a student loan.  Defendant has not made an appearance and plaintiff has expressed an intention to move for entry of default judgment at an appropriate time considering the bankruptcy adversary proceeding in which defendant is currently involved.

     In its recently filed status report, plaintiff advises that the bankruptcy proceeding set for a status conference on July 19, 2006, and requests that the upcoming further status conference in this action be continued until approximately thirty days after the

/////

1

next hearing in the bankruptcy proceeding.  In light of the circumstances, plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that the further status conference set for May 12, 2006 is **continued** to **August 25, 2006,** at **11:00 a.m.** in Courtroom 27.  Plaintiff shall file a status report within five (5) court days prior to the status conference.

DATED: May 9, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\fischer0550.cont3

2