IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   NO. CIV.S-05-0550 DFL DAD

    Plaintiff,

  v.   ORDER

STEVEN A. FISCHER,

    Defendant.

_____/

    The subject of this action is defendant's alleged default on a student loan. Defendant has not made an appearance. Plaintiff has expressed an intention to move for entry of default judgment at an appropriate time in light of the bankruptcy adversary proceeding in which defendant has been involved.

    In its recently filed status report, plaintiff advises that judgment was entered in the bankruptcy proceeding on September 20, 2006, denying discharge of defendant's student loan debts. Plaintiff also advises the court that it desires to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a) to include

1

additional causes of action against defendant based upon his failure to repay United States Department of Education student loans in the approximate sum of $220,000.  Plaintiff intends to file the amended complaint no later than November 30, 2006.

In light of the circumstances, IT IS HEREBY ORDERED that:

1.  Plaintiff's amended complaint shall be filed within forty-five (45) days of the date of this order; and

2.  The further status conference set for October 13, 2006 is **continued** to **December 15, 2006,** at **11:00 a.m.** in Courtroom 27. Plaintiff shall file a status report within five (5) court days prior to the status conference.

DATED: October 12, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\fischer0550.cont4

2