```
1
2
3
4
5
6
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           NO.  CIV.S-05-0550 DFL DAD

     Plaintiff,

  v.                                ORDER

STEVEN A. FISCHER,

     Defendant.

_____/

     The subject of this action is defendant's alleged default on a student loan.  Defendant has not made an appearance.  Plaintiff has expressed an intention to move for entry of default judgment.  However, following the adversary proceeding in bankruptcy court in which defendant was involved, plaintiff filed an amended complaint as permitted by the court.  Plaintiff indicates in its most recent status report that the United States Marshal is in the process of serving the amended complaint on defendant and requests that the upcoming status conference be continued.

/////

In light of the circumstances, IT IS HEREBY ORDERED that:

1. Plaintiff's request for continuance is granted;

2. The further status conference set for December 15, 2006 is **continued** to **February 16, 2007,** at **11:00 a.m.** in Courtroom 27. Plaintiff shall file a status report within five (5) court days prior to the status conference; and

3. Plaintiff is directed to serve a copy of this order on defendant as soon a practicable.

DATED: December 13, 2006.

                    /s/ Dale A. Drozd
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\fischer0550.cont5

2