1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Plaintiff,                    No. CIV S-05-0550 DFL DAD

12       vs.

13   STEVEN A. FISCHER,                   ORDER

14          Defendant.

15   _____/

16          The subject of this action is defendant's alleged default on a student loan.

17   Defendant has not made an appearance.  Following the adversary proceeding in bankruptcy court

18   in which defendant was involved, plaintiff filed an amended complaint on November 27, 2006,

19   as permitted by the court.  The status conference set for December 15, 2006, was continued to

20   February 16, 2007, at plaintiff's request because the United States Marshal was in the process of

21   serving the amended complaint on defendant.

22          In its status report filed February 9, 2007, plaintiff indicates that the United States

23   Marshal has attempted to effect personal service on defendant at defendant's residence but has

24   been unsuccessful.  Plaintiff states that the United States Marshal will continue to attempt service

25   at defendant's residence and that, alternatively, plaintiff will undertake other means of

26   completing service on defendant.  Plaintiff requests that the status conference be continued an

                                        1

1   additional 60 days to provide plaintiff additional time to effect service and for defendant to

2   respond to the amended complaint or for plaintiff to request entry of default and default

3   judgment.

4          In light of the circumstances, IT IS HEREBY ORDERED that:

5          1.  Plaintiff's request for continuance is granted;

6          2.  The further status conference set for February 16, 2007, is **continued** to **April**

7   **20, 2007,** at **11:00 a.m.** in Courtroom 27.  Plaintiff shall file a status report not later than five (5)

8   court days prior to the status conference; and

9          3.  Plaintiff is directed to serve a copy of this order on defendant as soon as

10  practicable.

11  DATED: February 13, 2007.

12

13  _____

14  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

15  DAD:kw
    Ddad\orders.civil\fischer0550.cont6

16

17

18

19

20

21

22

23

24

25

26